IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC,<br><br>          Plaintiff,<br><br>v.<br><br>CANON, INC., et al.,<br><br>          Defendants. | CASE NO: 6:12-cv-00202-MHS<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S FIRST SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT

Pursuant to this Court's February 11, 2014 Order to Meet, Report, and Appear at Scheduling Conference and Fed. R. Civ. P. 7.1, Plaintiff, Technology Properties Limited LLC ("TPL"), states that MCM Portfolio, LLC and Alliacense Limited LLC are financially interested in the outcome of this litigation.  Additionally, TPL is a debtor under Chapter 11 of the United States Bankruptcy Code in Case No. 13- 51589-SLJ pending in the United States Bankruptcy Court for the Northern District of California.  Therefore, creditors of TPL in Case No. 13-51589-SLJ may be financially interested in the outcome of this litigation.

Date:   February 25, 2014                                     Respectfully Submitted:

/s/ Benjamin R. Askew
Anthony G. Simon
Benjamin R. Askew
Timothy D. Krieger
Michael P. Kella
THE SIMON LAW FIRM, P.C.
800 Market Street, Suite 1700
Saint Louis, Missouri 63101
P. 314-241-2929
F. 314-241-2029
asimon@simonlawpc.com
baskew@simonlawpc.com
tkrieger@simonlawpc.com
mkella@simonlawpc.com

*Attorneys for Plaintiff*

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on this 25th day of February, 2014, a copy of the foregoing was e-filed with the Court, which sent notice to all parties entitled to receive pleadings through the Court's CM/ECF system.

/s/ Benjamin R. Askew
Benjamin R. Askew