Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Technology Properties Ltd. LLC, et al.

Plaintiff(s),

v.

Canon Inc., et al.

Defendant(s).

Case No: 14-03640-JCS

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, David M. Hoffman, an active member in good standing of the bar of the State of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Kingston Technology Company, Inc. in the above-entitled action. My local co-counsel in this case is David M. Barkan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Fish & Richardson P.C. - One Congress Plaza, Ste. 810, 111 Congress Ave., Austin, TX 78701 | Fish & Richardson P.C. - 500 Arguello Street, Ste. 500, Redwood city, CA 94063 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (512) 472-5070 | (650) 839-5070 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| hoffman@fr.com | barkan@fr.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24046084.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 09/09/14

David M. Hoffman
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of David M. Hoffman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/17/2014

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, BLAKE HAWTHORNE, Clerk of the Supreme Court of Texas, certify that the records of this office show that

**David Michael Hoffman**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 5th day of November, 2004.

I further certify that the records of this office show that, as of this date

**David Michael Hoffman**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 8th day of September, 2014.
BLAKE HAWTHORNE, Clerk

by /s/ Blanca E. Valdez
Blanca E. Valdez, Deputy Clerk

No. 090814MM

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.