Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Technology Properties Ltd. LLC, et al., )
                                ) Case No: 3:14-cv-03640
            Plaintiff(s), )
                                ) **APPLICATION FOR**
     v.                              ) **ADMISSION OF ATTORNEY**
Canon Inc., et al.,                 ) **PRO HAC VICE**
                                ) (CIVIL LOCAL RULE 11-3)
            Defendant(s). )

I, Matthew J. Hertko, an active member in good standing of the bar of the State of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Seiko Epson Corp. and Epson Amer., Inc. in the above-entitled action. My local co-counsel in this case is Kyle T. Barrett, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Jones Day, 77 West Wacker<br>Chicago, Illinois 60601 | Jones Day, 1755 Embarcadero Road<br>Palo Alto, California 94303 |
| MY TELEPHONE # OF RECORD:<br>(312) 782-3939 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 739-3939 |
| MY EMAIL ADDRESS OF RECORD:<br>mhertko@jonesday.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>kbarrett@jonesday.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 06286398.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/10/14

                                                   Matthew J. Hertko
                                                       APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Matthew J. Hertko is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/17/2014

                                     UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive, Suite 301
Springfield, IL 62704
(217) 546-3523  (800) 252-8048
Fax (217) 546-3785

Matthew J. Hertko
Jones Day
77 West Wacker, Suite 3500
Chicago, IL 60601

<u>Via Electronic Mail and United States Postal Service</u>

Chicago
Wednesday, September 10, 2014

In re:  Matthew Joseph Hertko
Admitted: 11/10/2005
Attorney No. 6286398

To Whom It May Concern:

    The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Darryl R. Evans
Senior Deputy Registrar

DRE