1

2

3

4

5

6

7

8

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12   TECHONOLOGY PROPERTIES              Case No.  4:14-cv-3640-CW
     LIMITED, LLC,
13                                       **ORDER GRANTING MOTION TO**
                    Plaintiff,           **WITHDRAW ATTORNEYS DERON R.**
14                                       **DACUS AND PETER KERR**

15   v.

16   CANON INC., et al.,

17                  Defendants.

18

19         IT IS HEREBY ORDERED THAT pursuant to Civil L.R. 11-5, Deron R. Dacus and Peter

20   Kerr of The Dacus Firm, PC, are permitted to withdraw from the above-captioned action.

21         IT IS FURTHER ORDERED THAT the above-referenced attorneys shall be removed

22   from the electronic filing notification for this case.

23   **IT IS SO ORDERED.**

24

25   Date:    9/26/2014

26                                       Claudia Wilken
                                         United States District Court Judge
27

28

KENYON & KENYON
     LLP          MOTION TO WITHDRAW              Case No.  3:14-cv-3640-CW