PARTIES LISTED ON SIGNATURE PAGE

1

2
### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
3
### OAKLAND DIVISION

4
TECHNOLOGY PROPERTIES LIMITED )
5
and MCM Portfolio LLC, )

6
        Plaintiffs, )    Case Number: C 14-03640-CW
)
7
        vs. )    **STIPULATION FOR ADMINISTRATIVE**
)    **RELIEF FOR PLAINTIFFS TO FILE**
8
CANON, INC., )    **ADR CERTIFICATIONS BY PARTIES**
)    **AND COUNSEL**
9
        Defendant(s). )
10
_____)
11
TECHNOLOGY PROPERTIES LIMITED )
and MCM Portfolio LLC, )
12
)
        Plaintiffs, )    Case Number: C 14-03641-CW
13
)
        vs. )    **STIPULATION FOR ADMINISTRATIVE**
14
)    **RELIEF FOR PLAINTIFFS TO FILE**
FALCON COMPUTER SYSTEMS, INC., )    **ADR CERTIFICATIONS BY PARTIES**
15
)    **AND COUNSEL**
16
        Defendant(s). )
_____)
17
TECHNOLOGY PROPERTIES LIMITED )
18
and MCM Portfolio LLC, )
)    Case Number: C 14-03642-CW
19
        Plaintiffs, )
20
)    **STIPULATION FOR ADMINISTRATIVE**
        vs. )    **RELIEF FOR PLAINTIFFS TO FILE**
21
)    **ADR CERTIFICATIONS BY PARTIES**
HITI DIGITAL AMERICA INC., )    **AND COUNSEL**
22
)
        Defendant(s). )
23
_____)

24

25

26

27
28
C14-03641-CW, C14-03642-CW, C 14-03643-CW,
C 14-03644-CW, C 14-03645-CW, C 14-03646-CW,
C 14-03647-CW

STIPULATION FOR ADMINISTRATIVE RELIEF REQUESTING
PERMISSION TO FILE ADR CERTIFICATION BY PARTIES AND COUNSEL

| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, | ) |
|---|---|
| Plaintiffs, | ) Case Number: C 14-03643-CW |
| vs. | ) **STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL** |
| HEWLETT-PACKARD COMPANY, | ) |
| Defendant(s). | ) |

| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, | ) |
|---|---|
| Plaintiffs, | ) Case Number: C 14-03644-CW |
| vs. | ) **STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL** |
| KINGSTON TECHNOLOGY CO., INC., | ) |
| Defendant(s). | ) |

| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, | ) |
|---|---|
| Plaintiffs, | ) Case Number: C 14-03645-CW |
| vs. | ) **STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL** |
| NEWEGG INC., et al., | ) |
| Defendant(s). | ) |

| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, | ) |
|---|---|
| Plaintiffs, | ) Case Number: C 14-03646-CW |
| vs. | ) **STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL** |
| SEIKO EPSON CORPORATION, et al., | ) |
| Defendant(s). | ) |

Page **2** of **8**

C14-03641-CW, C14-03642-CW, C 14-03643-CW, C 14-03644-CW, C 14-03645-CW, C 14-03646-CW, C 14-03647-CW

STIPULATION FOR ADMINISTRATIVE RELIEF REQUESTING
PERMISSION TO FILE ADR CERTIFICATION BY PARTIES AND COUNSEL

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC,<br><br>       Plaintiffs,<br><br>       vs.<br><br>SHUTTLE COMPUTER GROUP INC.,<br><br>       Defendant(s). | Case Number: C 14-03647-CW<br><br>**STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL** |

Pursuant to Civil Local Rule 7-11, Plaintiffs Technology Properties Limited LLC ("TPL") and MCM Portfolio LLC ("MCM") and Defendants Canon Inc., Canon U.S.A., Inc., Falcon Northwest Computer Systems, Inc., HiTi Digital America Inc., Hewlett-Packard Company,  Kingston Technology Company, Inc., Newegg Inc., Rosewill Inc., Seiko Epson Corporation, Epson America, Inc. and Shuttle Computer Group Inc. (collectively, "the parties") respectfully submit this Stipulation for Administrative Relief for Plaintiffs to file the ADR Certifications by Parties and Counsel in the above-captioned matters.

Plaintiffs state as follows in support of this stipulation:

1.      Plaintiffs have worked diligently to retain local counsel after this case was transferred to this District.

2.      Plaintiffs have not yet been able to retain local counsel.  Thus, Plaintiffs have not been able to move the Court for *pro hac vice* admission of its lead counsel.

3.      On October 22, 2014 and October 23, 2014, the Court entered Case Management Scheduling Orders in the above-captioned matters.

4.      Plaintiffs have served all parties to the above-captioned matter with the Orders.

5.      Defendants do not join in Plaintiffs' statements but do not oppose the relief requested by Plaintiffs.

For these reasons, this stipulation respectfully requests administrative relief for Plaintiffs' undersigned counsel to file the ADR Certifications by Parties and Counsel (attached hereto as Exhibits A and B).

C14-03641-CW, C14-03642-CW, C 14-03643-CW,
C 14-03644-CW, C 14-03645-CW, C 14-03646-CW,
C 14-03647-CW

STIPULATION FOR ADMINISTRATIVE RELIEF REQUESTING
PERMISSION TO FILE ADR CERTIFICATION BY PARTIES AND COUNSEL

1

2   Dated: October 29, 2014              By: /s/ Benjamin R. Askew

3                                        Anthony G. Simon (*pro hac vice* forthcoming)
                                         Michael P. Kella (*pro hac vice* forthcoming)
4                                        Benjamin R. Askew (*pro hac vice* forthcoming)
                                         Timothy D. Krieger (*pro hac vice* forthcoming)
5                                        THE SIMON LAW FIRM, P.C.
                                         800 Market Street, Suite 1700
6                                        St. Louis, Missouri 63101
                                         P. 314.241.2929
7                                        F. 314.241.2029
8                                        asimon@simonlawpc.com
                                         mkella@simonlawpc.com
9                                        baskew@simonlawpc.com
                                         tkrieger@simonlawpc.com
10

11                                       *Attorneys for Plaintiffs Technology Properties*
                                         *Limited, LLC and MCM Portfolio LLC*
12

13  Dated: October 29, 2014              By: /s/ Tracy A. Stitt  (*with consent*)

14                                       Jacqueline K. S. Lee (State Bar No. 247705)
                                         jkslee@jonesday.com
15                                       JONES DAY
16                                       1755 Embarcadero Road
                                         Palo Alto, CA  94303
17                                       Telephone:  (650) 739-3939
                                         Facsimile:  (650) 739-3900
18

19                                       Calvin P. Griffith (Admitted *Pro Hac Vice*)
                                         cpgriffith@jonesday.com
20                                       David M. Maiorana (Admitted *Pro Hac Vice*)
                                         dmaiorana@jonesday.com
21                                       JONES DAY
22                                       North Point
                                         901 Lakeside Avenue
23                                       Cleveland, OH  44114
                                         Telephone:  (216) 586-3939
24                                       Facsimile:  (216) 579-0212
25

26                                       Tracy A. Stitt (Admitted *Pro Hac Vice*)
                                         tastitt@jonesday.com
27                                       Page **4** of **8**

28                                                      C14-03641-CW, C14-03642-CW, C 14-03643-CW,
                                                       C 14-03644-CW, C 14-03645-CW, C 14-03646-CW,
                                                       C 14-03647-CW

STIPULATION FOR ADMINISTRATIVE RELIEF REQUESTING
PERMISSION TO FILE ADR CERTIFICATION BY PARTIES AND COUNSEL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendants Canon Inc. and Canon U.S.A., Inc.*

Dated: October 29, 2014

By:  /s/ David S. Hoffman  (*with consent*)

David M. Barkan
SBN 160825
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94070-1526
Tel:  (650) 839-5070
Fax:  (650) 839-5071
Barkan@fr.com

David M. Hoffman (*admitted pro hac vice*)
FISH & RICHARDSON P.C.
One Congress Plaza, Suite 810
111 Congress Avenue
Austin, TX  78701
Tel:  (512) 472-5070
Fax:  (512) 320-8935
Hoffman @fr.com

Christine Yang
LAW OFFICES OF S.J. CHRISTINE YANG
17220 Newhope Street, Suite 101-102
Fountain Valley, CA  92708
Tel:  (714) 641-4022
Fax: (714) 641-2082
cyang@sjclawpc.com

*Attorneys for Defendant Kingston Technology Company, Inc.*

Dated: October 29, 2014

By:  /s/ Gordon M. Fauth, Jr. (*with consent*)

Gordon M. Fauth, Jr. (Cal. Bar No. 190280)
gmf@classlitigation.com

Page **5** of **8**

C14-03641-CW, C14-03642-CW, C 14-03643-CW,
C 14-03644-CW, C 14-03645-CW, C 14-03646-CW,
C 14-03647-CW

STIPULATION FOR ADMINISTRATIVE RELIEF REQUESTING
PERMISSION TO FILE ADR CERTIFICATION BY PARTIES AND COUNSEL

1    LITIGATION LAW GROUP
     1801 Clement Ave., Suite 101
2    Alameda, CA  94501
     Telephone:  (510) m238-9610
3    Facsimile:  (510) 337-1431

4    Kent E. Baldauf, Jr. (*Pro Hac Vice* admission
5    pending)
     kbaldaufjr@webblaw.com
6    Bryan P. Clark (*Pro Hac Vice* admission pending)
     bclark@webblaw.com
7    THE WEBB LAW FIRM
     420 Ft. Duquesne Blvd, Suite 1200
8    Pittsburgh, PA  15222
     Telephone:  (412) 471-8815
9    Facsimile:  (412) 471-4094

10

11   *Attorneys for Defendants Falcon Northwest*
     *Computer Systems, Inc., Newegg Inc. And Rosewill*
12   *Inc.*

13

14   Dated: October 29, 2014          By:  */s/* Andrew T. Oliver (*with consent*)
                                      Jenny W. Chen (Cal. Bar No. 205043)
15                                    CHEN IP LAW GROUP
                                      7F, No. 1, Alley 30, Lane 358, Rueiguang Road
16                                    Neihu District
                                      Taipei, Taiwan 114
17                                    Telephone:  +886.2.7721.8855
                                      Facsimile:  +886.2.7721.8822
18                                    Email:  Jenny.Chen@ ChenIPLaw.com

19

20                                    Andrew T. Oliver (Cal. Bar No. 226098)
                                      AMIN, TUROCY & WATSON LLP
21                                    148 Castro Street, Suite B-20
                                      Mountain View, CA  94041
22                                    Telephone:  (650) 618-6477
                                      Email:  aoliver@ATWiplaw.com
23

24                                    *Attorneys for Defendants Shuttle Computer Group*
                                      *Inc. and HiTi Digital America, Inc.*
25

26

27                        Page **6** of **8**

28                              C14-03641-CW, C14-03642-CW, C 14-03643-CW,
                                C 14-03644-CW, C 14-03645-CW, C 14-03646-CW,
                                            C 14-03647-CW

STIPULATION FOR ADMINISTRATIVE RELIEF REQUESTING
PERMISSION TO FILE ADR CERTIFICATION BY PARTIES AND COUNSEL

| | | |
|---|---|---|
| 1 | Dated: October 29, 2014 | By: /s/ Matthew J. Hertko (*with consent*) |
| 2 | | Kyle T. Barrett (State Bar No. 284595) |
| | | kbarrett@jonesday.com |
| 3 | | JONES DAY |
| 4 | | 1755 Embarcadero Road |
| | | Palo Alto, CA  94303 |
| 5 | | Telephone:  (650) 739-3939 |
| | | Facsimile:  (650) 739-3900 |
| 6 | | |
| 7 | | William E. Devitt (admitted *Pro Hac Vice*) |
| | | wdevitt@jonesday.com |
| 8 | | Matthew J. Hertko (admitted *Pro Hac Vice*) |
| | | mhertko@jonesday.com |
| 9 | | JONES DAY |
| 10 | | 77 W. Wacker, Suite 3500 |
| | | Chicago, IL  60601 |
| 11 | | Telephone:  (312) 782-3939 |
| | | Facsimile:  (312) 782-8585 |
| 12 | | |
| 13 | | *Attorneys for Defendants Seiko Epson Corp. and Epson America, Inc.* |
| 14 | | |

Dated: October 29, 2014   By:  /s/ Megan Whyman Olsek  (*with consent*)
Megan Whyman Olesek (SBN 191218)
KENYON & KENYON LLP
1801 Page Mill Road, Suite 210
Palo Alto, CA  94304
Telephone:  (650) 384-4700
Facsimile:  (650) 384-4701
Email:  molesek@kenyon.com

Marcia H. Sundeen (admitted *Pro Hac Vice*)
T. Cy Walker (admitted *Pro Hac Vice*)
KENYON & KENYON LLP
1500 K Street, NW, Suite 700
Washington, DC  20005
Telephone:  202-220-4200
Facsimile:  202-220-4201
Email:  msundeen@kenyon.com
Email:  cwalker@kenyon.com

*Attorneys for Defendant Hewlett-Packard Company*

Page **7** of **8**

C14-03641-CW, C14-03642-CW, C 14-03643-CW,
C 14-03644-CW, C 14-03645-CW, C14-03646-CW,
C 14-03647-CW

STIPULATION FOR ADMINISTRATIVE RELIEF REQUESTING
PERMISSION TO FILE ADR CERTIFICATION BY PARTIES AND COUNSEL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on all counsel for all parties of record on October 29, 2014 via the Court's CM/ECF system.

/s/ Benjamin R. Askew

C14-03641-CW, C14-03642-CW, C 14-03643-CW,
C 14-03644-CW, C 14-03645-CW, C 14-03646-CW,
C 14-03647-CW

STIPULATION FOR ADMINISTRATIVE RELIEF REQUESTING
PERMISSION TO FILE ADR CERTIFICATION BY PARTIES AND COUNSEL

1
2

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

3
4

TECHNOLOGY PROPERTIES LIMITED
and MCM Portfolio LLC,

5              Plaintiffs,                    ) Case Number: C 14-03640-CW

6              vs.                            ) **STIPULATION FOR ADMINISTRATIVE**
                                              ) **RELIEF FOR PLAINTIFFS TO FILE**
7       CANON, INC.,                          ) **ADR CERTIFICATIONS BY PARTIES**
                                              ) **AND COUNSEL**
8              Defendant(s).                  )

9       _____      )

10      TECHNOLOGY PROPERTIES LIMITED         )
        and MCM Portfolio LLC,                )
11                                            ) Case Number: C 14-03641-CW
               Plaintiffs,                    )
12                                            ) [PROPOSED] ORDER REGARDING
               vs.                            ) **STIPULATION FOR ADMINISTRATIVE**
13                                            ) **RELIEF FOR PLAINTIFFS TO FILE**
        FALCON COMPUTER SYSTEMS, INC.,        ) **ADR CERTIFICATIONS BY PARTIES**
14                                            ) **AND COUNSEL**
               Defendant(s).                  )
15
        _____      )
16      TECHNOLOGY PROPERTIES LIMITED         )
        and MCM Portfolio LLC,                )
17                                            ) Case Number: C 14-03642-CW
               Plaintiffs,                    )
18                                            ) [PROPOSED] ORDER REGARDING
               vs.                            ) **STIPULATION FOR ADMINISTRATIVE**
19                                            ) **RELIEF FOR PLAINTIFFS TO FILE**
                                              ) **ADR CERTIFICATIONS BY PARTIES**
20      HITI DIGITAL AMERICA INC.,            ) **AND COUNSEL**
                                              )
21             Defendant(s).                  )

22      _____      )
23
24
25
26
27                              Page **1** of **3**

C14-03641-CW, C14-03642-CW, C 14-03643-CW,
28                                    C 14-03644-CW, C 14-03645-CW, C 14-03646-CW,
                                                              C 14-03647-CW

[PROPOSED] ORDER REGARDING STIPULATION FOR ADMINISTRATIVE
RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, | ) ) ) |
| Plaintiffs, | ) ) Case Number: C 14-03643-CW ) ) |
| vs. | ) **[PROPOSED] ORDER REGARDING** ) **STIPULATION FOR ADMINISTRATIVE** ) **RELIEF FOR PLAINTIFFS TO FILE** |
| HEWLETT-PACKARD COMPANY, | ) **ADR CERTIFICATIONS BY PARTIES** ) **AND COUNSEL** |
| Defendant(s). | ) ) |
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, | ) ) ) |
| Plaintiffs, | ) ) Case Number: C 14-03644-CW ) |
| vs. | ) **[PROPOSED] ORDER REGARDING** ) **STIPULATION FOR ADMINISTRATIVE** ) **RELIEF FOR PLAINTIFFS TO FILE** |
| KINGSTON TECHNOLOGY CO., INC., | ) **ADR CERTIFICATIONS BY PARTIES** ) **AND COUNSEL** |
| Defendant(s). | ) ) |
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, | ) ) ) |
| Plaintiffs, | ) ) Case Number: C 14-03645-CW ) |
| vs. | ) **[PROPOSED] ORDER REGARDING** ) **STIPULATION FOR ADMINISTRATIVE** ) **RELIEF FOR PLAINTIFFS TO FILE** |
| NEWEGG INC., et al., | ) **ADR CERTIFICATIONS BY PARTIES** ) **AND COUNSEL** |
| Defendant(s). | ) ) |
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, | ) ) ) |
| Plaintiffs, | ) ) Case Number: C 14-03646-CW ) |
| vs. | ) **[PROPOSED] ORDER REGARDING** ) **STIPULATION FOR ADMINISTRATIVE** ) **RELIEF FOR PLAINTIFFS TO FILE** |
| SEIKO EPSON CORPORATION, et al., | ) **ADR CERTIFICATIONS BY PARTIES** ) **AND COUNSEL** |
| Defendant(s). | ) |

Page **2** of **3**

C14-03641-CW, C14-03642-CW, C 14-03643-CW,
C 14-03644-CW, C 14-03645-CW, C 14-03646-CW,
C 14-03647-CW

[PROPOSED] ORDER REGARDING STIPULATION FOR ADMINISTRATIVE
RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED and MCM Portfolio LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| SHUTTLE COMPUTER GROUP INC., | ) ) ) |
| Defendant(s) | ) ) |

Case Number: C 14-03647-CW

**[PROPOSED] ORDER REGARDING STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL**

Pursuant to the above-referenced Stipulation for Administrative Relief for Plaintiffs to File ADR Certifications by Parties and Counsel, for good cause shown, IT IS SO ORDERED that Plaintiffs' lead counsel may file the ADR Certifications by Parties and Counsel.

Dated:   10/31/2014

_Claudia Wilken_
Claudia Wilken
UNITED STATES CHIEF DISTRICT JUDGE

Page **3** of **3**

[PROPOSED] ORDER REGARDING STIPULATION FOR ADMINISTRATIVE RELIEF FOR PLAINTIFFS TO FILE ADR CERTIFICATIONS BY PARTIES AND COUNSEL

# EXHIBIT A

**Plaintiff Technology Properties Limited LLC's
ADR Certification by Parties and Counsel**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Technology Properties Limited LLC, et al.

                       Plaintiff(s),

                v.

Canon, Inc., et al.

                    Defendant(s).

                Case No.  C14-03640 CW

                ADR CERTIFICATION BY PARTIES
                AND COUNSEL

Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under Civil L.R. 5-1(b));*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

                Technology Properties Limited LLC

Dated: October 22, 2014 _____

                [Party] Arockiyaswamy VENKIDU
                Manager

Dated: October 22, 2014 _____

                /s/ Benjamin R. Askew
                [Counsel]

> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

# EXHIBIT B

**Plaintiff MCM Portfolio LLC's ADR
Certification by Parties and Counsel**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Technology Properties Limited LLC, et al.

                   Plaintiff(s),

          v.

Canon, Inc., et al.

                   Defendant(s).

_____/

Case No.  C14-03640 CW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under Civil L.R. 5-1(b));*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

MCM Portfolio LLC

Dated:  October 22, 2014

*Susan Anhalt*
[Party]  Susan Anhalt,
Manager

Dated:  October 22, 2014

    /s/ Benjamin R. Askew
[Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 6/14