UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED, LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CANON INC., et al.,<br><br>Defendants. | Case No. 4:14-cv-03640-CW<br><br>STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS SEIKO EPSON CORP. AND EPSON AMERICA, INC. AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel for plaintiffs and for defendants Seiko Epson Corporation and Epson America, Inc. report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-7 and ADR L.R. 3-5:

Plaintiffs and defendants Seiko Epson Corporation and Epson America, Inc. agree to participate in the following ADR Process:  Court-sponsored mediation (ADR L.R. 6).

Plaintiffs and defendants Seiko Epson Corporation and Epson America, Inc. agree to hold the ADR session by the presumptive deadline.

Dated:  October 29, 2014        /s/ Benjamin R. Askew

Benjamin R. Askew
THE SIMON LAW FIRM
*Attorneys for Plaintiffs Technology Properties Limited, LLC and MCM Portfolio, LLC*

Dated:  October 29, 2014        /s/ Matthew J. Hertko

Matthew J. Hertko
JONES DAY
*Attorneys for Defendants Seiko Epson Corp. and Epson America, Inc.*

1 **[PROPOSED] ORDER**

2 __x__    Plaintiffs' and defendants Seiko Epson Corporation and Epson America, Inc.'s

3 stipulation is adopted and IT IS SO ORDERED.

5 ___    Plaintiffs' and defendants Seiko Epson Corporation and Epson America, Inc.'s

6 stipulation is modified as follows, and IT IS SO ORDERED.

8 Dated: __10/31/2014__                    _____
                                            UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE ADR
Case No. 4:14-cv-03640-CW