1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

8   TECHNOLOGY PROPERTIES LIMITED
    LLC, et al.,                                    Case No.  14-cv-03640-CW

9                    Plaintiffs,

10          v.                                       **ORDER RE: COURT CONNECTED
                                                     MEDIATION**
11   CANON INC., et al.,

12                    Defendants.

13

14   TECHNOLOGY PROPERTIES LIMITED               Case No.  14-cv-03641-CW
    LLC, et al.,

15                    Plaintiffs,

16          v.

17   FALCON NORTHWEST COMPUTER
    SYSTEMS, INC.

18

19                    Defendant.

20   TECHNOLOGY PROPERTIES LIMITED               Case No.  14-cv-03642-CW
    LLC, et al.,

21

22                    Plaintiffs,

23          v.

24   HITI DIGITAL, INC., et al.,

25                    Defendants.

26

27

28

United States District Court
Northern District of California

United States District Court
Northern District of California

1

2   TECHNOLOGY PROPERTIES LIMITED          Case No.  14-cv-03643-CW
    LLC, et al.,

3              Plaintiffs,

4          v.

5   HEWLETT-PACKARD COMPANY,

6              Defendants.

7   _____

    TECHNOLOGY PROPERTIES LIMITED          Case No.  14-cv-03644-CW
8   LLC, et al.,

9              Plaintiffs,

10         v.

11  KINGSTON TECHNOLOGY CO., INC.,

12             Defendant.

13  _____

    TECHNOLOGY PROPERTIES LIMITED          Case No.  14-cv-03645-CW
14  LLC, et al.,

15             Plaintiffs,

16         v.

17  NEWEGG INC., et al.,

18             Defendants.

19  _____

    TECHNOLOGY PROPERTIES LIMITED          Case No.  14-cv-03646-CW
20  LLC, et al.,

21             Plaintiffs,

22         v.

23  SEIKO EPSON CORPORATION, et al.,

24             Defendants.

25

26

27

28

United States District Court
Northern District of California

1

2  TECHNOLOGY PROPERTIES LIMITED      Case No.  14-cv-03647-CW
   LLC, et al.,

3              Plaintiffs,

4         v.

5  SHUTTLE INC., et al.,

6              Defendants.

7

8       The Court orders that all parties, in all cases, are to participate in court-connected mediation.  Mediation

9  shall occur within 90 days from the date of this order.

10  DATED:  11/3/2014

11                                    CLAUDIA WILKEN
                                       United States District Judge

12

13

14

15

16                                                                          .

17

18

19

20

21

22

23

24

25

26

27

28

3