Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Technology Properties Ltd., LLC, et al. )
) Case No: C 14 3640-CW
)
   Plaintiff(s), )
) **APPLICATION FOR**
   v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
Canon, Inc. ) (CIVIL LOCAL RULE 11-3)
)
   Defendant(s). )
)

I, Anthony G. Simon, an active member in good standing of the bar of the State of Missouri, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Henry Bunsow, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| The Simon Law Firm, P.C., 800 Market Street, Suite 1700, St. Louis, MO  63101 | Bunsow De Mory - 351 California Street, Suite 200, San Francisco, CA  94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (314) 241-2929 | (415) 426-4747 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| asimon@simonlawpc.com | hbunsow@bdiplaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: MO38745.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated:  11/04/14                                                              Anthony G. Simon
                                                                                        APPLICANT

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Anthony G. Simon is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  11/12/2014

UNITED STATES DISTRICT / ~~MAGISTRATE~~ JUDGE

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI



**CERTIFICATE OF GOOD STANDING**

I, _GREGORY J. LINHARES_, Clerk of this Court,

certify that _Anthony G. Simon_, Bar # _38745MO_,

was duly admitted to practice in this Court on

_December 11, 1991_, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at _St. Louis, Missouri_ on _October 29, 2014_.
LOCATION                                DATE

CLERK

/s/ Elizabeth A. Kirkland
DEPUTY CLERK