Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Technology Properties Ltd., LLC, et al.  )
                                          )  Case No: C 14 3640-CW
                  Plaintiff(s),           )
                                          )  **APPLICATION FOR**
        v.                                )  **ADMISSION OF ATTORNEY**
                                          )  **PRO HAC VICE**
Canon, Inc.,                              )  (CIVIL LOCAL RULE 11-3)
                                          )
                  Defendant(s).           )

I, Michael P. Kella, an active member in good standing of the bar of the State of Missouri, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Henry Bunsow, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| The Simon Law Firm, P.C., 800 Market Street, Suite 1700, St. Louis, MO 63101 | Bunsow De Mory - 351 California Street, Suite 200, San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (314) 241-2929 | (415) 426-4747 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| mkella@simonlawpc.com | hbunsow@bdiplaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: MO64284.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 11/04/14                                      Michael P. Kella
                                                     APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Michael P. Kella is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/12/2014

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                                      *October 2012*

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI



**CERTIFICATE OF
GOOD STANDING**

I, _____GREGORY J. LINHARES_____ , *Clerk of this Court,*

*certify that* __Michael P. Kella__ , *Bar #* __64284MO__ ,

was duly admitted to practice in this Court on

__January 5, 2012__ , *and is in good standing*
        DATE

as a member of the Bar of this Court.

*Dated at* __St. Louis, Missouri__ *on* __October 29, 2014__ .
           LOCATION                                    DATE

CLERK

/s/ Elizabeth A. Kirkland
DEPUTY CLERK