**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> CANON, INC., <br><br> Defendant(s). | Case Number: C 14-03640-CW <br><br> [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW ATTORNEY GREGORY P. LOVE |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> FALCON COMPUTER SYSTEMS, INC., <br><br> Defendant(s). | Case Number: C 14-03641-CW <br><br> [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW ATTORNEY GREGORY P. LOVE |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> HITI DIGITAL AMERICA INC., <br><br> Defendant(s). | Case Number: C 14-03642-CW <br><br> [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW ATTORNEY GREGORY P. LOVE |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> HEWLETT-PACKARD COMPANY, <br><br> Defendant(s). | Case Number: C 14-03643-CW <br><br> [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW ATTORNEY GREGORY P. LOVE |

Page **1** of **3**

C 14-03640-CW, C14-03641-CW, C14-03642-CW,
C 14-03643-CW, C 14-03644-CW, C 14-03645-CW,
C 14-03646-CW, C 14-03647-CW

[PROPOSED] ORDER GRANTING MOTION
TO WITHDRAW ATTORNEY GREGORY P. LOVE

| | | |
|---|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | ) ) | |
| Plaintiffs, | ) ) | Case Number: C 14-03644-CW |
| vs. | ) ) ) ) | [~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW ATTORNEY GREGORY P. LOVE |
| KINGSTON TECHNOLOGY CO., INC., | ) ) | |
| Defendant(s). | ) | |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | ) ) ) | |
| Plaintiffs, | ) ) | Case Number: C 14-03645-CW |
| vs. | ) ) ) ) | [~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW ATTORNEY GREGORY P. LOVE |
| NEWEGG INC., et al., | ) ) | |
| Defendant(s). | ) | |
| TECHNOLOGY PROPERTIES LIMITED LLC  and MCM PORTFOLIO LLC, | ) ) ) | |
| Plaintiffs, | ) ) | Case Number: C 14-03646-CW |
| vs. | ) ) ) ) | [~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW ATTORNEY GREGORY P. LOVE |
| SEIKO EPSON CORPORATION, et al., | ) ) | |
| Defendant(s). | ) | |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, | ) ) ) | |
| Plaintiffs, | ) ) | Case Number: C 14-03647-CW |
| vs. | ) ) ) ) | [~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW ATTORNEY GREGORY P. LOVE |
| SHUTTLE COMPUTER GROUP INC., | ) ) | |
| Defendant(s). | ) | |

After considering Plaintiff's Motion to Withdraw Attorney Gregory P. Love, for good cause shown, the Court ORDERS that such Motion is Granted.

1    It is therefore ORDERED that Gregory P. Love is hereby withdrawn as counsel of record
2    for Plaintiffs and terminated from CM/ECF notifications in connection with these matters.

Dated: 11/18/2014

_____
HONORABLE CHIEF DISTRICT JUDGE
CLAUDIA WILKEN

[PROPOSED] ORDER GRANTING MOTION
TO WITHDRAW ATTORNEY GREGORY P. LOVE