UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED, LLC AND MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CANON, INC. et al.,<br><br>Defendants. | Case No. 4:14-CV-03640-CW<br><br>**ORDER GRANTING MOTION TO WITHDRAW ATTORNEY ADAM M. KAUFMANN** |

IT IS HEREBY ORDERED THAT pursuant to Civil L.R. 11-5, Adam M. Kaufmann of Kirkland & Ellis LLP is permitted to withdraw from the above-captioned action.

IT IS FURTHER ORDERED THAT the above-referenced attorney shall be removed from the electronic filing notification for this case.

**IT IS SO ORDERED.**

Date:   1/12/2015

_____
Claudia Wilken
United States District Court Judge