# UNITED STATES DISTRICT COURT

## Northern District of California

### Oakland Division

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED, LLC., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CANON, INC., et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 14-3640 CW<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:　　　January 21, 2015<br>Mediator:　Shirish Gupta |
| TECHNOLOGY PROPERTIES LIMITED, LLC., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>HITI DIGITAL AMERICA, INC.,<br><br>　　　　Defendant.<br>_____/ | No. C 14-3642 CW |
| TECHNOLOGY PROPERTIES LIMITED, LLC., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CANON, INC., et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 14-3647 CW |

　　　IT IS HEREBY ORDERED that the requests to excuse all parties from appearing in person at the January 21, 2015, mediation before Shirish Gupta are GRANTED. The parties shall participate

///

///

telephonically in the mediation as set forth in ADR L.R. 6-10(f).

IT IS SO ORDERED.

January 12, 2015         By:  _____
Dated                         Maria-Elena James
                              United States Magistrate Judge