1  Megan Whyman Olesek (SBN 191218)
   KENYON & KENYON LLP
2  1801 Page Mill Road, Suite 210
   Palo Alto, CA 94304
3  Telephone: (650) 384-4700
   Facsimile: (650) 384-4701
4  Email: molesek@kenyon.com

5  T. Cy Walker (admitted *Pro Hac Vice*)
   KENYON & KENYON LLP
6  1500 K Street, NW, Suite 700
   Washington, DC 20005
7  Telephone: 202-220-4200
   Facsimile: 202-220-4201
8  Email: cwalker@kenyon.com

9  Marcia H. Sundeen (admitted *Pro Hac Vice*)
   GOODWIN PROCTER LLP
10 901 New York Ave, N.W.
   Washington, D.C. 20001
11 Tel: 202.346.4000
   Fax: 202.346.4444
12 Email: msundeen@goodwinprocter.com

*Attorneys for Defendant Hewlett-Packard Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br> v. <br><br> CANON, INC., et al., <br><br> Defendants. | Civil Action No. 14-03640 CW <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE MARKMAN HEARING TO JUNE 18, 2015 <br> (CIVIL L.R. 7-12) |

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br>v.<br><br>FALCON NORTHWEST COMPUTER SYSTEMS, INC.,<br><br>Defendant. | Civil Action No. 14-03641 CW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE MARKMAN HEARING TO JUNE 18, 2015<br>(CIVIL L.R. 7-12) |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Civil Action No. 14-03643 CW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE MARKMAN HEARING TO JUNE 18, 2015<br>(CIVIL L.R. 7-12) |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br>v.<br><br>NEWEGG INC., et al.,<br><br>Defendants. | Civil Action No. 14-03645 CW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE MARKMAN HEARING TO JUNE 18, 2015<br>(CIVIL L.R. 7-12) |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br>v.<br><br>SEIKO EPSON CORPORATION., et al.,<br><br>Defendants. | Civil Action No. 14-03646 CW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE MARKMAN HEARING TO JUNE 18, 2015<br>(CIVIL L.R. 7-12) |

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br>v.<br><br>SHUTTLE INC., et al.,<br><br>Defendants. | Civil Action No. 14-03647 CW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE MARKMAN HEARING TO JUNE 18, 2015<br>(CIVIL L.R. 7-12) |

Pursuant to L.R. 7-12, the Parties agree to continue the Markman Hearing scheduled for June 11, 2015 to June 18, 2015, at 2:00 p.m. Plaintiffs' consent is limited to the specified proposal to hold the hearing on June 18, 2015. If June 18 is not available, Plaintiffs request that the hearing remain on June 11.

IT IS SO STIPULATED.

Dated: April 15, 2015

/s/ Megan Whyman Olesek

Megan Whyman Olesek (SBN 191218)
KENYON & KENYON LLP
1801 Page Mill Road, Suite 210
Palo Alto, CA 94304
Telephone: 650.384.4700
Facsimile: 650.384.4701
Email: molesek@kenyon.com

T. Cy Walker (admitted *Pro Hac Vice*)
KENYON & KENYON LLP
1500 K Street, NW, Suite 700
Washington, DC 20005
Telephone: 202.220.4200
Facsimile: 202.220.4201
Email: cwalker@kenyon.com

Marcia H. Sundeen (admitted *Pro Hac Vice*)
GOODWIN PROCTER LLP
901 New York Ave, N.W.
Washington, D.C. 20001
Telephone: 202.346.4000
Facsimile: 202.346.4444
Email: msundeen@goodwinprocter.com

*ATTORNEYS FOR DEFENDANT HEWLETT-PACKARD COMPANY*

|   |   |
|---|---|
| 1 | */s/ David M. Maiorana* |
| 2 | David M. Maiorana (Ohio Bar No. 0071440) |
|   | Email: dmaiorana@jonesday.com |
|   | Calvin P. Griffith (Ohio Bar No. 0039484) |
|   | Email: cpgriffith@jonesday.com |
|   | JONES DAY |
|   | North Point |
|   | 901 Lakeside Avenue |
|   | Cleveland, OH 44114-1190 |
|   | Telephone:   (216) 586-3939 |
|   | Facsimile:   (216) 579-0212 |
|   |   |
|   | Tracy A. Stitt (Washington Bar No. 1015680) |
|   | Email: tastitt@jonesday.com |
|   | JONES DAY |
|   | 51 Louisiana Avenue, N.W. |
|   | Washington, D.C. 20001-2113 |
|   | Telephone:   (202) 879-3939 |
|   | Facsimile:   (202) 626-1700 |
|   |   |
|   | Jacqueline K. S. Lee (CA Bar No. 247705) |
|   | Email: jkslee@jonesday.com |
|   | JONES DAY |
|   | 1755 Embarcadero Road |
|   | Palo Alto, CA 94303 |
|   | Telephone:   (650) 739-3939 |
|   | Facsimile:   (650) 739-3900 |
|   |   |
|   | *ATTORNEYS FOR DEFENDANTS* |
|   | *CANON INC. AND CANON U.S.A., INC.* |

|   |   |
|---|---|
| 1 | */s/ Kent E. Baldauf, Jr.*_____ |
| 2 | Kent E. Baldauf, Jr.<br>kbaldaufjr@webblaw.com |
| 3 | Bryan P. Clark<br>BClark@webblaw.com |
| 4 | THE WEBB LAW FIRM<br>One Gateway Center |
| 5 | 420 Ft. Duquesne Blvd., Suite 1200<br>Pittsburgh, PA 15222 |
| 6 | Tel: (412) 471-8815<br>Fax: (412) 471-4094 |

Gordon M. Fauth, Jr.
gmf@classlitigation.com
LITIGATION LAWGROUP
1801 Clement Ave., Ste. 101
Alameda, CA 94501
Tel: (510) 238-9610
Fax: (510) 337-1431

*COUNSEL FOR DEFENDANTS NEWEGG INC., ROSEWILL INC., AND FALCON NORTHWEST COMPUTER SYSTEMS, INC.*


*/s/ Matthew J. Hertko*_____
Kyle T. Barrett (State Bar No. 284595)
kbarrett@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:      (650) 739-3939
Facsimile:       (650) 739-3900

William E. Devitt (admitted Pro Hac Vice)
wdevitt@jonesday.com
Matthew J. Hertko (admitted Pro Hac Vice)
mhertko@jonesday.com
JONES DAY
77 W. Wacker, Suite 3500
Chicago, IL  60601
Telephone:      (312) 782-3939
Facsimile:       (312) 782-8585

*ATTORNEYS FOR DEFENDANTS SEIKO EPSON CORPORATION AND EPSON AMERICA, INC.*

| | |
|---|---|
| 1 | */s/ Andrew T. Oliver*_____ |
| 2 | Jenny W. Chen |
|   | CHEN IP LAW GROUP |
| 3 | 7F, N0. 1, Alley 30, Lane 358, Rueiguang Road |
|   | Neihu District |
| 4 | Taipei, Taiwan 114 |
|   | Telephone: +886.2.7721.8855 |
| 5 | Facsimile: +886.2.772l.8822 |
|   | Email: Jenny.Chen@ChenIPLaw.com |
| 6 | |
| 7 | Andrew T. Oliver |
|   | AMIN, TUROCY & WATSON LLP |
| 8 | 160 West Santa Clara Street |
|   | Suite 975 |
| 9 | San Jose, CA 95113 |
|   | Tel: (650) 618-6477 |
| 10 | Email: aoliver@ATWiplaw.com |
| 11 | |
|    | *ATTORNEYS FOR DEFENDANT* |
| 12 | *SHUTTLE COMPUTER GROUP INC.* |
| 13 | |
|    | */s/  Benjamin R. Askew*_____ |
| 14 | Anthony G. Simon (*pro hac vice*) |
|    | Michael P. Kella (*pro hac vice*) |
| 15 | Benjamin R. Askew (*pro hac vice*) |
|    | THE SIMON LAW FIRM, P.C. |
| 16 | 800 Market Street, Suite 1700 |
|    | St. Louis, Missouri 63101 |
| 17 | P.  314.241.2929 |
|    | F.  314.241.2029 |
| 18 | asimon@simonlawpc.com |
|    | mkella@simonlawpc.com |
| 19 | baskew@simonlawpc.com |
| 20 | Henry C. Bunsow |
|    | Denise De Mory |
| 21 | Brian A.E. Smith |
|    | BUNSOW DE MORY SMITH & ALLISON LLP |
| 22 | 351 California Street, Suite 200 |
|    | San Francisco, CA 94104 |
| 23 | P.  415.426.4747 |
|    | F.  415.426.4744 |
| 24 | hbunsow@bdiplaw.com |
|    | ddemory@bdiplaw.com |
| 25 | bsmith@bdiplaw.com |
| 26 | *ATTORNEYS FOR PLAINTIFFS* |
|    | *TECHNOLOGY PROPERIES LIMITED LLC and* |
| 27 | *MCM PORTFOLIO LLC* |
| 28 | |

KENYON & KENYON LLP
PALO ALTO

- 5 -

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE MARKMAN HEARING

1  Having considered the stipulation of the parties and good cause appearing, the Markman hearing
2  in this consolidated action is hereby continued to June 18, 2015, at 2:00 p.m.

4  IT IS SO ORDERED.

5  Dated:  April  16, 2015                        _____
                                                   Honorable Claudia Wilken
6                                                  United States Senior District Court Judge