UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>CANON INC., et al.,<br><br>        Defendants. | Case No. 14-cv-03640-CW (DMR),<br><br>14-cv-3646-CW (DMR)<br><br>**ORDER TO LODGE INFRINGEMENT CONTENTIONS**<br><br>Re: Dkt. No. 307 |
| TECHNOLOGY PROPERTIES LIMITED LLC, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>SEIKO EPSON CORPORATION, et al.,<br><br>        Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The court has reviewed the joint discovery letter submitted by Plaintiffs and Defendants Seiko Epson Corporation; Epson America, Inc.; Canon Inc.; and Canon U.S.A., Inc. regarding Plaintiffs' infringement contentions. [Docket Nos. 307 (No. 14-3640), 91 (No. 14-3646).] By no later than **2:00 p.m. on July 7, 2015**, Plaintiffs shall lodge with chambers a copy of the infringement contentions at issue in the joint letter.

**IT IS SO ORDERED.**

Dated: July 6, 2015

DONNA M. RYU
United States Magistrate Judge