IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>      Plaintiffs,<br><br>  v.<br><br>CANON, INC. et al.,<br><br>      Defendants.<br>_____/ | No. C 14-3640 CW<br><br>ORDER AMENDING ORDER CONSTRUING DISPUTED CLAIM TERMS |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>      Plaintiffs,<br><br>  v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>      Defendant.<br>_____/ | No. C 14-3643 CW |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>      Plaintiffs,<br><br>  v.<br><br>SEIKO EPSON CORPORATION, et al.,<br><br>      Defendants.<br>_____/ | No. C 14-3646 CW |

On September 18, 2015, the Court issued the Order Construing Disputed Claim Terms of U.S. Patent Nos. 7,719,847; 7,522,424; and 7,295,443. In that order, the Court construed two terms as follows:

| Term | Court's Construction |
|---|---|
| 6. "memory media card" | "a removable device capable of storing electronic data" |
| 7. "type of memory [media] card" | "subset of memory media cards containing different numbers of contact pins or using contact pins differently" |

On October 2, 2015, Plaintiffs Technology Properties Limited LLC and MCM Portfolio LLC filed a Motion for Leave to File Motion for Reconsideration on the construction of two terms: "type of memory [media] card" and "memory media card." Pursuant to the Court's October 29, 2015 Order, Defendants responded that they did not object to modifying the terms as construed below.

The Court amends the two constructions above as follows:

| Term | Court's Construction |
|---|---|
| 6. "memory media card" | "a removable device in card form that is capable of storing electronic data" |
| 7. "type of memory [media] card" | "subset of memory media cards that use different numbers of contact pins or use contact pins differently" |

IT IS SO ORDERED.

Dated: November 4, 2015

CLAUDIA WILKEN
United States District Judge

2