**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CANON, INC. et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 14-3640 CW (DMR)<br><br>**ORDER ON MOTIONS FOR LEAVE TO AMEND**<br><br>(Docket Nos. 343, 344, 349, 351, 353) |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>　　　　Defendant.<br>_____/ | No. C 14-3643 CW (DMR)<br><br>(Docket Nos. 118, 119, 122, 123) |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SEIKO EPSON CORPORATION, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 14-3646 CW (DMR)<br><br>(Docket Nos. 119, 120, 123, 124, 126) |

The above matters have been referred to Magistrate Judge Donna M. Ryu for resolution of the parties' motions for leave to amend invalidity contentions and infringement contentions and exhibits thereto, along with related administrative motions to file under seal. [*See* Docket Nos. 354 (No. C 14-3640), 124 (No. C 14-3643), 127 (No. C 14-3646).] The motions are **denied without prejudice**, with one exception discussed below (Docket No. 353 (No. C 14-3640)). The parties are

ordered to comply with the court's Standing Order regarding resolution of discovery disputes and to meet and confer to try to resolve their disagreements.  If disagreements remain after meeting and conferring, the parties may submit their disputes for resolution in the form of joint letter briefs.  The parties may file one joint letter that does not exceed eight pages regarding Defendants' motion for leave to amend their invalidity contentions, and one joint letter that does not exceed eight pages regarding Plaintiffs' motion for leave to amend their infringement contentions and any exhibits thereto.  Any joint letters regarding the pending disputes must be filed by **no later than November 20, 2015**.

The court has received Plaintiffs' motion for leave to amend Exhibit 27 of their infringement contentions pertaining to Defendants Canon Inc. and Canon U.S.A., Inc.  [Docket No. 353 (No. C 14-3640).]  By no later than November 6, 2015, Defendants Canon Inc. and Canon U.S.A., Inc. shall file a statement indicating whether they oppose the motion.  Plaintiffs shall submit a proposed order on the motion to dmrpo@cand.uscourts.gov by November 9, 2015.

IT IS SO ORDERED.

Dated: November 5, 2015



DONNA M. RYU
United States Magistrate Judge