**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br>  Plaintiffs, <br><br> vs. <br><br> CANON, INC., et al., <br><br>  Defendant(s). | Case Number: C 14-03640-CW-DMR <br><br> [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO AMEND EXHIBIT 27 OF PLAINTIFFS' INFRINGEMENT CONTENTIONS <br><br> Judge: Hon. Magistrate Judge Donna M. Ryu |

The Court has received and considered Plaintiffs' Unopposed Motion for Leave to Amend Exhibit 27 of Plaintiffs' Infringement Contentions and Canon's Statement of Non-Opposition to Plaintiffs' Motion to Amend Ex. 27 of Infringement Contentions (Dkt. Nos. 353, 362). Good cause appearing, the motion is GRANTED.

**IT IS SO ORDERED.**

Dated: November 12, 2015

_____
DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING PLAINTIFFS'
UNOPPOSED MOTION FOR LEAVE TO AMEND EXHIBIT
27 OF PLAINTIFFS' INFRINGEMENT CONTENTIONS                              C 14-03640-CW-DMR