IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TECHNOLOGY PROPERTIES LIMITED LLC
and MCM PORTFOLIO LLC,

      Plaintiffs,

  v.

CANON, INC. et al.,

      Defendants.
_____/

No. C 14-3640 CW

ORDER OF REFERENCE
TO MAGISTRATE
JUDGE

Pursuant to Local Rule 72-1, the Court refers all issues addressed in the December 17, 2015 letter, Docket No. 372, to Judge Ryu.  This referral encompasses both the discovery dispute and the deadline to agree on representative products.

IT IS SO ORDERED.

Dated: December 31, 2015

_____
CLAUDIA WILKEN
United States District Judge