United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,

Plaintiffs,

v.

CANON, INC. et al.,

Defendants.

________________________________/

No. C 14-3640 CW

ORDER ON REPRESENTATIVE PRODUCTS

TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,

Plaintiffs,

v.

HEWLETT-PACKARD COMPANY,

Defendant.

________________________________/

No. C 14-3643 CW

The deadlines for all parties to submit their representative products proposals have passed. MCM Portfolio LLC filed no proposal in either case, and Technology Properties Limited LLC filed a proposal only in case number 14-3640.

Case number 14-3640 will move forward with the proposal to which Technology Properties and the Canon Defendants have agreed, as outlined in the Canon Defendants' filing (Docket No. 413), unless MCM objects.

Case number 14-3643 will move forward with Hewlett-Packard's proposal (Docket No. 171), to which Plaintiffs have agreed on all categories except for laptops, unless either Plaintiff objects.

United States District Court
For the Northern District of California

Any objection must be filed within one week of the filing of this order.

IT IS SO ORDERED.



Dated: April 7, 2016

CLAUDIA WILKEN
United States District Judge