*PARTIES LISTED ON SIGNATURE PAGE*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> CANON, INC., et al., <br><br> Defendants. | Case Number: C 14-03640-CW <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING ITC DEPOSITIONS** <br><br> Judge: Hon. Claudia Wilken |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> HEWLETT-PACKARD COMPANY, <br><br> Defendant. | Case Number: C 14-03643-CW <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING ITC DEPOSITIONS** <br><br> Judge: Hon. Claudia Wilken |

## STATEMENT OF RELIEF SOUGHT

Plaintiffs Technology Properties Limited, LLC ("TPL") and MCM Portfolio LLC ("MCM") (collectively "Plaintiffs") and Defendants Canon Inc., Canon USA, Inc., and Hewlett-Packard Company (collectively "Defendants") file this Joint Stipulation Regarding depositions from the previous ITC Investigation (Investigation No. 337-TA-841).

## BACKGROUND

The parties took a number of fact depositions in a previous litigation before the International Trade Commission (ITC Investigation No. 337-TA-841) ("the ITC 841

Investigation") that involved the same patents at issue in the present litigation. In the interest of avoiding duplicative discovery and the unnecessary expenditure of resources, Plaintiffs and Defendants agree and stipulate as follows:

1. All party and third-party fact depositions taken in the ITC 841 Investigation shall be deemed to have been taken in this litigation for purposes of Federal Rule of Civil Procedure 32(a)(8) and thus may be used to the extent otherwise permitted by the Federal Rules of Civil Procedure and the Federal Rules of Evidence. For the avoidance of doubt, no party will object to the use in this litigation of a party or third-party fact deposition from the ITC 841 Investigation on the grounds that its use is not permitted by Federal Rule of Civil Procedure 32(a)(8).

2. No party will object to the use in this litigation of a party or third-party fact deposition from the ITC 841 Investigation on the grounds that its use is not permitted by Federal Rule of Civil Procedure 32(a)(1)(A).

3. Other than agreeing not to object to the use in this litigation of any party or third-party fact deposition taken in the ITC 841 Investigation based upon Federal Rule of Civil Procedure 32(a)(8) or 32(a)(1)(A), the use of all depositions in this litigation – including party and third-party fact depositions taken in the ITC 841 Investigation – will be governed by, and subject to, the Federal Rules of Civil Procedure and the Federal Rules of Evidence. For the avoidance of doubt, a party may object to the use of any deposition in this litigation – including party and third-party fact depositions taken in the ITC 841 Investigation – under any Federal Rule of Civil Procedure or Federal Rule of Evidence other than FRCP Rule 32(a)(1)(A) or 32(a)(8).

**STIPULATED REQUEST**

The parties respectfully request that the Court grant this Joint Stipulation Regarding ITC Depositions.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Date: April 13, 2016

_____
Hon. Judge Claudia Wilken
United States District Judge

| | |
|---|---|
| Dated: April 11, 2016 | Respectfully submitted, |
| | /s/David M. Maiorana |
| | David M. Maiorana (Ohio Bar No. 0071440) |
| | Email: dmaiorana@jonesday.com |
| | Calvin P. Griffith (Ohio Bar No. 0039484) |
| | Email: cpgriffith@jonesday.com |
| | JONES DAY |
| | North Point |
| | 901 Lakeside Avenue |
| | Cleveland, OH 44114-1190 |
| | Telephone: (216) 586-3939 |
| | Facsimile: (216) 579-0212 |
| | |
| | Tracy A. Stitt (Washington Bar No. 1015680) |
| | Email: tastitt@jonesday.com |
| | JONES DAY |
| | 51 Louisiana Avenue, N.W. |
| | Washington, D.C. 20001-2113 |
| | Telephone: (202) 879-3939 |
| | Facsimile: (202) 626-1700 |
| | |
| | Jacqueline K. S. Lee (CA Bar No. 247705) |
| | Email: jkslee@jonesday.com |
| | JONES DAY |
| | 1755 Embarcadero Road |
| | Palo Alto, CA 94303 |
| | Telephone: (650) 739-3939 |
| | Facsimile: (650) 739-3900 |
| | |
| | *Attorneys for Defendants Canon Inc. And Canon U.S.A., Inc.* |

In accordance with Civil Local Rule 5-1(i)(3), the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING ITC DEPOSITIONS

| | |
|---|---|
| Dated:  April 11, 2016 | /s/Benjamin R. Askew (with consent)<br>Anthony G. Simon (*pro hac vice*)<br>Michael P. Kella (*pro hac vice*)<br>Benjamin R. Askew (*pro hac vice*)<br>THE SIMON LAW FIRM, P.C.<br>800 Market Street, Suite 1700<br>St. Louis, Missouri 63101<br>P. 314.241.2929<br>F. 314.241.2029<br>asimon@simonlawpc.com<br>mkella@simonlawpc.com<br>baskew@simonlawpc.com<br><br>Henry C. Bunsow (SBN 60707)<br>hbunsow@bdiplaw.com<br>Brian A.E. Smith (SBN 188147)<br>bsmith@bdiplaw.com<br>BUNSOW DE MORY SMITH & ALLISON LLP<br>351 California Street, Suite 200<br>San Francisco, CA  94104<br>Telephone:  (415) 426-4747<br>Facsimile:  (415) 426-4744<br><br>Denise De Mory (SBN 168076)<br>ddemory@bdiplaw.com<br>BUNSOW DE MORY SMITH & ALLISON LLP<br>600 Allerton Street, Suite 101<br>Redwood City, CA  94063<br>Telephone: (650) 351-7248<br>Facsimile:  (650) 351-7253<br>ddemory@bdiplaw.com<br><br>*Attorneys for Plaintiff Technology Properties Limited LLC* |

| | |
|---|---|
| Dated: April 11, 2016 | Respectfully submitted, |
| | /s/Denise De Mory (with consent) |
| | |
| | Henry C. Bunsow (SBN 60707) |
| | hbunsow@bdiplaw.com |
| | Brian A.E. Smith (SBN 188147) |
| | bsmith@bdiplaw.com |
| | BUNSOW DE MORY SMITH & ALLISON LLP |
| | 351 California Street, Suite 200 |
| | San Francisco, CA  94104 |
| | Telephone:  (415) 426-4747 |
| | Facsimile:  (415) 426-4744 |
| | |
| | Denise De Mory (SBN 168076) |
| | ddemory@bdiplaw.com |
| | BUNSOW DE MORY SMITH & ALLISON LLP |
| | 600 Allerton Street, Suite 101 |
| | Redwood City, CA  94063 |
| | Telephone: (650) 351-7248 |
| | Facsimile:  (650) 351-7253 |
| | ddemory@bdiplaw.com |
| | |
| | *Attorneys for Plaintiff MCM Portfolio LLC* |

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING ITC DEPOSITIONS

Dated:  April 11, 2016 /s/T. Cy Walker (with consent)

Michael Zachary (SBN 112479)
KENYON & KENYON LLP
1801 Page Mill Road
Suite 210
Palo Alto, CA  94304-1216
Telephone: 650.384.4700
Facsimile:  650.384.4701
Email: mzachary@kenyon.com

T. Cy Walker (admitted *Pro Hac Vice*)
Robert L. Hails (admitted *Pro Hac Vice*)
BAKER & HOSTETLER, LLP
Washington Square
1050 Connecticut Avenue, N.W., Suite 1100
Washington, D.C. 20036-5304
Tel: 202.861.1500
Fax: 202.861.1783
cwalker@bakerlaw.com
rhails@bakerlaw.com

Marcia H. Sundeen (admitted *Pro Hac Vice*)
Adeel Haroon (admitted *Pro Hac Vice*)
GOODWIN PROCTER LLP
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
Email: msundeen@goodwinprocter.com

*Attorneys for Defendant Hewlett-Packard Company*

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING ITC DEPOSITIONS