IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO LLC,

    Plaintiffs,

  v.

CANON, INC. et al.,

    Defendants.

No. C 14-3640 CW

ORDER ON REPRESENTATIVE PRODUCTS AND DEADLINES

The deadline to object to the order on representative products has passed. This case will proceed following the proposal described in docket number 413.

The Joint Stipulation and Order to Revise Deadlines dated March 22, 2016 ordered the dispositive motion hearing to be scheduled 155 days from the date of the order. The court reschedules the dispositive motion hearing to Tuesday, August 30, 2016.

Accordingly, Plaintiffs' dispositive motion is now due on Tuesday, July 19, 2016. If Plaintiffs file no dispositive motion, Defendants' dispositive motion is due on Tuesday, July 26, 2016. See Docket No. 363 at 2-3 ("Motions for Summary Judgment").

IT IS SO ORDERED.

Dated: April 19, 2016

CLAUDIA WILKEN
United States District Judge