1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

13  TECHNOLOGY PROPERTIES LIMITED, LLC, and MCM PORTFOLIO LLC,

14        Plaintiffs,

15        v.

16  CANON INC. and CANON U.S.A., INC., et al.,

17        Defendant.

18
19

CASE NO.  14-cv-03640 CW

**[PROPOSED] ORDER EXTENDING EXPERT DISCOVERY DEADLINE**

20
21
22
23
24
25
26
27
28

1  Pursuant to L.R. 6-2, Plaintiffs Technology Properties Limited, LLC ("TPL") and
2  MCM Portfolio LLC ("MCM") and Defendants Canon Inc. and Canon U.S.A., Inc. (together,
3  "Canon") filed a stipulated request for an order extending the deadline for the completion of
4  expert discovery through and including July 1, 2016 for the purpose of proceeding with the
5  expert deposition of Dr. Robert Stevenson.
6  Having considered the papers submitted, and finding good cause therefore, the Court
7  GRANTS said request.
8  The deadline for the completion of expert discovery is extended to July 1, 2016.

12  PURSUANT TO STIPULATION, IT IS SO ORDERED.

15  Dated: _____June 22, 2016_____
16  THE HONORABLE CLAUDIA WILKEN
    UNITED STATES DISTRICT JUDGE