David M. Wiseblood (SBN 115312)
Law Offices of David M. Wiseblood
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 547-2700
Facsimile: (415) 547-2701
E-Mail: dwiseblood@wisebloodlaw.com

Associated Counsel for Plaintiff
MCM PORTFOLIO, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO, LLC<br><br>Plaintiffs,<br><br>v.<br><br>CANON, INC. and CANON U.S.A., INC.<br><br>Defendants. | Case No. 14−03640 CW<br><br>**ASSOCIATION OF COUNSEL** |

TO: THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the Law Offices of David M. Wiseblood, 601 Montgomery Street, Ste. 2000, San Francisco, CA 94111 hereby associates as counsel with Bunsow, De Mory, Smith & Allison, LLP as counsel for Plaintiff MCM Portfolio, LLC. Papers and other pleadings directed to MCM Portfolio, LLC should be served electronically on the undersigned as follows: dwiseblood@wisebloodlaw.com.

Respectfully submitted,

LAW OFFICES OF DAVID WISEBLOOD

Dated: September 1, 2017          By _/s/ David Wiseblood_
                                   David Wiseblood
                                   Associated Counsel for Plaintiff
                                   MCM PORTFOLIO, LLC