1  David M. Wiseblood (SBN 115312)
   Law Offices of David M. Wiseblood
2  601 Montgomery Street, Suite 2000
   San Francisco, CA  94111
3  Telephone: (415) 547-2700
   Facsimile: (415) 547-2701
4  E-Mail:  dwiseblood@wisebloodlaw.com

5  Associated Counsel for Plaintiff
   MCM PORTFOLIO, LLC
6
                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8
                          OAKLAND DIVISION
9

| | |
|---|---|
| | Case No. 14−03640 CW |
| TECHNOLOGY PROPERTIES LIMITED LLC and MCM PORTFOLIO, LLC | **CERTIFICATE OF SERVICE** |
| Plaintiffs, | |
| v. | |
| CANON, INC. and CANON U.S.A., INC. | |
| Defendants. | |

I declare that I am over the age of 18 years and not a party to the within action.  I am employed in the City and County of San Francisco and my business address is 601 Montgomery Street, Suite 2000, San Francisco, CA 94111.

On September 1, 2017, I served the following documents:

**ASSOCIATION OF COUNSEL**

upon all counsel for all parties of record via the Court's CM/ECF system at the time of electronic filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed September 1, 2017 at San Francisco, California.

                                         /s/ Brittany East
                                        Brittany East

Certificate of Service                                                                       Case No. 14−03640 CW