# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

17-1063, 17-1536

**TECHNOLOGY PROPERTIES LIMITED LLC, MCM PORTFOLIO LLC,**

*Plaintiffs - Appellants*

**v.**

**CANON INC., CANON U.S.A., INC.,**

*Defendants - Appellees*

Appeals from the United States District Court for the Northern District of California in case no. 4:14-cv-03640-CW
United States District Judge Claudia Wilken

## <u>MANDATE</u>

In accordance with the judgment of this Court, entered April 11, 2018, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

<u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court