# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Technology Properties Limited LLC and MCM Portfolio LLC

Plaintiff(s),

v.

Canon Inc. and Canon U.S.A., Inc.

Defendant(s).

Case No: 14-03640 CW

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Patrick J. O'Rear, an active member in good standing of the bar of the Northern District of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Canon Inc. and Canon U.S.A., Inc. in the above-entitled action. My local co-counsel in this case is Patrick T. Michael, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Jones Day<br>77 West Wacker Dr.<br>Chicago, IL 60601 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Jones Day<br>555 California Street<br>San Francisco, CA 94104 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>1.312.269.4291 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>1.415.626.3939 |
| MY EMAIL ADDRESS OF RECORD:<br>porear@jonesday.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>pmichael@jonesday.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6321230.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: May 31, 2018

/s/ Patrick J. O'Rear

APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Patrick J. O'Rear is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/1/2018

UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Patrick Joseph O'rear

*Northern District of Illinois*

    I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Patrick Joseph O'rear was duly admitted to practice in said Court on (06/28/2016) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (05/31/2018 )

                                     Thomas G. Bruton, Clerk,
                                     By:  Alma Marrero
                                        Deputy Clerk