UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED LLC, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CANON INC., et al.,<br><br>　　　　Defendants. | Case No.  14-cv-03640-CW   (SK)<br><br>**ORDER OF RECUSAL** |

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the Assignment Plan.

All pending dates before the undersigned are hereby vacated and will be reset by the newly assigned judge.

**IT IS SO ORDERED.**

Dated: November 8, 2018

_____
SALLIE KIM
United States Magistrate Judge