Henry C. Bunsow (SBN 60707)
hbunsow@bdiplaw.com
Denise M. De Mory (SBN 168076)
ddemory@bdiplaw.com
Aaron R. Hand (SBN 245755)
ahand@bdiplaw.com
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248

*Attorneys for Plaintiffs*
TECHNOLOGY PROPERTIES LIMITED, LLC
*and MCM PORTFOLIO LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TECHNOLOGY PROPERTIES LIMITED, LLC, and MCM PORTFOLIO LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CANON INC., et al.,<br><br>Defendant. | CASE NO. 14-cv-03640 CW<br><br>**MOTION BY ATTORNEYS AT BUNSOW DE MORY LLP TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**<br><br>Hearing:     January 15, 2019<br>Time:         2:30 pm<br>Courtroom: 6, 2nd Floor<br>Judge:        Hon. Claudia Wilken |

**NOTICE OF MOTION**

**To the Parties and their Attorneys of Record:**

PLEASE TAKE NOTICE that on January 15, 2019, or as soon thereafter as the matter may be heard before the Honorable Claudia Wilken, United States District Judge, Courtroom 6, 2nd Floor, of the United States District Court for the Northern District of California, Oakland Division, 1301 Clay Street, Oakland, CA 94612, attorneys Henry C. Bunsow, Denise M. De Mory, and Aaron R. Hand of Bunsow De Mory LLP shall and hereby do respectfully seek, pursuant to Civil L.R. 11-5(a) and in compliance with Cal. R. Prof. Conduct 3-700, an Order Permitting Withdrawal as counsel for Plaintiffs Technology Properties Limited, LLC ("TPL") and MCM Portfolio LLC ("MCM") in this action and termination from this case.  Given the nature of this Motion, Movants respectfully request that the Court waive oral argument.

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**

Pursuant to Civil L.R. 11-5, Henry C. Bunsow, Denise M. De Mory, and Aaron R. Hand of Bunsow De Mory LLP ("Movants") hereby notify the Parties and the Court of their intent to and request to withdraw as counsel for Plaintiffs TPL and MCM in this action.[1]  Movants state the following grounds for this notice and motion:

1.     Movants represented Plaintiffs in this action—primarily in a local counsel role—in connection with Plaintiffs' patent infringement action after it was transferred to this District in mid-2014.  At that time, Movants were partners at Bunsow De Mory Smith & Allison LLP ("BDSA").  Movants' representation of Plaintiffs has ended, as set forth in additional detail below, and did not include post-judgment or appellate proceedings.  Movants have not been actively involved in this action's proceedings after the district court's orders disposing of the case and Canon's motion for attorneys' fees in mid-2017.  Indeed, the BDSA firm dissolved in August 2017, and Movants have not been actively involved in Plaintiffs' representation in this matter after

---

[1] Brian A.E. Smith previously entered an appearance for Plaintiffs while a partner at BDSA. Mr. Smith is not as was never affiliated with Bunsow De Mory LLP.

1  the formation of Bunsow De Mory LLP.[2]

2.  The court entered an order granting Canon's motion for summary judgment of non-infringement on September 16, 2016.  (Doc. 527.)  Judgment was entered, and the case was closed the same day.  (Docs. 528 & 529).  Plaintiffs filed a notice of appeal of the court's order granting summary judgment on October 14, 2016.  (Doc. 541).

3.  Canon filed a motion seeking attorneys' fees and sanctions on September 30, 2017.  The court entered orders on attorneys' fees on January 26, 2017 (Doc. 552) and April 12, 2017 (Doc. 561).  The court granted attorneys' fees under 35 U.S.C. § 285, holding the Plaintiffs jointly and severally liable.  The court denied Canon's request to hold Plaintiffs' attorneys jointly and severally liable, and also denied Canon's requests for sanctions under 28 U.S.C. § 1927 and under its inherent authority.  (Doc. 552 at 11-13).  Plaintiffs filed a notice of appeal of the Court's orders on attorneys' fees on May 11, 2017.  (Doc. 562).

4.  Movants did not represent Plaintiffs in the consolidated Federal Circuit Appeal following judgment in this action (Appeal Nos. 17-1063 and 17-1536).

5.  On September 1, 2017, attorney David M. Wiseblood entered an appearance on behalf of MCM in this action, and remains counsel for MCM.

6.  The Federal Circuit's Mandate issued on May 18, 2018.

7.  Canon has already propounded written discovery and conducted a Rule 69 deposition of MCM pursuant to Rule 30(b)(6) on or about March 5, 2018.  Additionally, Canon noticed and (on information and belief) conducted a Rule 30(b)(1) deposition of MCM's corporate representative, Ms. Susan Anhalt, at that time.  Movants did not appear as MCM's counsel at that deposition; Mr. Wiseblood appeared for and represented MCM.

8.  Canon already propounded written discovery and conducted a Rule 69 deposition of TPL pursuant to Rule 30(b)(6) on or about June 4, 2018.  Movants did not appear as TPL's

---

[2] Bunsow De Mory LLP filed a registration with the California Secretary of State on or around August 14, 2017 and received a State Bar registration or about September 21, 2017.

counsel at that deposition.

9. Movants do not represent any director, officer, or other person affiliated with Plaintiffs in his or her personal capacity.

10. Movants have advised Plaintiffs to secure alternate counsel for continued proceedings; MCM did so more than a year ago and has consented to Movants' withdrawal.

11. Movants have taken reasonable steps to avoid reasonably foreseeable prejudice to the rights of the Plaintiffs as contemplated by Rule 3-700.

12. Movants' withdrawal will not cause any prejudice or delay in this case, wherein the substantive proceedings are complete.

13. Given the nature of this request, and potential burden to parties in travelling and attending a hearing on this Motion, Movants respectfully request that the Court waive oral argument.

THEREFORE, as Movants have demonstrated good cause why withdrawal should be granted, Movants respectfully request that the Court waive oral argument, grant this request for leave to withdraw as counsel, and enter an order stating that Movants are so withdrawn and are to be terminated from this action.

Dated: December 11, 2018                    Respectfully submitted,

                                            BUNSOW DE MORY LLP

                                            By:  /s/ Aaron R .Hand
                                            Aaron R. Hand

                                            Henry C. Bunsow (SBN 60707)
                                            hbunsow@bdiplaw.com
                                            Denise M. De Mory (SBN 168076)
                                            ddemory@bdiplaw.com
                                            Aaron R. Hand (SBN 245755)
                                            ahand@bdiplaw.com
                                            BUNSOW DE MORY LLP
                                            701 El Camino Real
                                            Redwood City, CA 94063
                                            Telephone: (650) 351-7248
                                            Facsimile: (650) 351-7253

                                            *Attorneys for Plaintiffs*
                                            *TECHNOLOGY PROPERTIES LIMITED, LLC and MCM PORTFOLIO LLC*